UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 14-10363-RGS

UNITED STATES OF AMERICA

v.

GENE SVIRSKIY

MEMORANDUM AND ORDER ON
DEFENDANT'S RENEWED MOTION
FOR REDUCTION OF SENTENCE
AND COMPASSIONATE RELEASE

December 23, 2020

STEARNS, D.J.

As stated in the May 29, 2020 memorandum denying the original motion, the authority of a trial court to reduce the sentence of a committed prisoner, unlike in the case of a pretrial detainee, is narrowly circumscribed. Under 18 U.S.C. § 3582(c)(1)(A), the court may order a compassionate reduction of sentence for a defendant in petitioner Svirskiy's circumstances only on a finding of "extraordinary and compelling reasons." As the court then observed, the only reason given by Svirskiy for release was a generalized fear of the COVID-19 pandemic and its impact on the federal prison system. And, as the court noted, by Svirskiy's own account, he is young (in his late 30s) and "in general good health." Def.'s Mot. (Dkt # 2176) at 3, 11. In his

1

renewed motion, Svirskiy adds medical documentation of a personal history of kidney stones, fatty liver disease, and cigarette smoking. I agree with the Warden of FMC Devens' assessment (as echoed by the government) that these conditions do not amount to "a terminal or deteriorating medical condition that would diminish your ability to function in a correctional setting," Gov't's Opp'n at 3, and as such do not present anything "extraordinary or compelling" militating in favor of release.[1] Consequently, the renewed motion is DENIED.

SO ORDERED.

/s/ Richard G Stearns
UNITED STATES DISTRICT JUDGE

---

[1] The government also notes in its Opposition that no inmate at the FMC Devens Camp where Svirskiy is housed has tested positive for COVID-19. Gov't. Opp'n at 3.