# United States Court of Appeals
## For the First Circuit

No. 19-1595

UNITED STATES OF AMERICA,

Appellee,

v.

GENE SVIRSKIY,

Defendant, Appellant.

**JUDGMENT**

Entered: February 26, 2021

    This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

    Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: Gene Svirskiy's convictions are affirmed.


By the Court:

Maria R. Hamilton, Clerk


cc: Jeremy Michael Sternberg, Christopher M. Iaquinto, Zachary Dein Reisch, Amanda Masselam Strachan, Donald Campbell Lockhart, Christopher R. Looney, Ross Brandon Goldman, John W. M. Claud, David G. Lazarus, Bruce A. Singal, Jeffrey J. Pyle, Advocate Health & Hospitals Corporation, EyeOne, PLC, Baptist Medical Center, Box Hill Surgery Center, LLC, Brigham & Women's Hospital, Decatur Memorial Hospital, Elkhart General Hospital, Inc., Florida Hospital Waterman, Inc., Glens Falls Hospital, High Point Surgery Center, Hill Country Sports Medicine, PA, Insight Health Corp, Keck Hospital of USC, Marion Pain Management Center, Inc., Massachusetts Eye and Ear Infirmary, McLaren Port Huron, Michigan Pain Specialists, PLLC, Nebraska Spine Center, LLP, North Shore Medical Center, Inc., Oakleaf Surgical Hospital, LLC, OSMC Outpatient Surgery Center, PC, Retina Group of Washington, PC, Sentara Norfolk General Hospital, South Bend Clinic, LLP, Southboro Medical Group, Inc., Southlake Ambulatory Surgery Center, St. Peter's Hospital of the City of Albany, St. Vincent's Birmingham, West Virginia University Ruby Memorial Hospital, Winchester Medical Center, Gene Svirskiy