# United States Court of Appeals
## For the First Circuit

No. 19-1595

UNITED STATES,

Appellee,

v.

GENE SVIRSKIY,

Defendant - Appellant.

**MANDATE**

Entered: March 19, 2021

In accordance with the judgment of February 26, 2021, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Advocate Health & Hospitals Corporation
Baptist Medical Center
Box Hill Surgery Center, LLC
Brigham & Women's Hospital
John W. M. Claud
Decatur Memorial Hospital
Elkhart General Hospital, Inc.
EyeOne, PLC
Florida Hospital Waterman, Inc.
Glens Falls Hospital
Ross Brandon Goldman
High Point Surgery Center
Hill Country Sports Medicine, PA

Christopher M. Iaquinto
Insight Health Corp
Keck Hospital of USC
David G. Lazarus
Donald Campbell Lockhart
Christopher R. Looney
Marion Pain Management Center, Inc.
Massachusetts Eye and Ear Infirmary
McLaren Port Huron
Michigan Pain Specialists, PLLC
Nebraska Spine Center, LLP
North Shore Medical Center, Inc.
OSMC Outpatient Surgery Center, PC
Oakleaf Surgical Hospital, LLC
Jeffrey J. Pyle
Zachary Dein Reisch
Retina Group of Washington, PC
Sentara Norfolk General Hospital
Bruce A. Singal
South Bend Clinic, LLP
Southboro Medical Group, Inc.
Southlake Ambulatory Surgery Center
Specialty Surgery Center, PLLC
St. Peter's Hospital of the City of Albany
St. Vincent's Birmingham
Jeremy Michael Sternberg
Amanda Masselam Strachan
West Virginia University Ruby Memorial Hospital
Winchester Medical Center